CATHERINE CARTER, as Administratrix, etc., of JAMES CARTER, Deceased, Respondent, v. RUBY TRUCKING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of HONOUR B. GELSON, Respondent, for a Peremptory Mandamus Order against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MATILDA K. MONTUREAN, Respondent, v. HARRY B. MONTUREAN, Appellant. — Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

AMERICAN BEVERAGES CONSERVATION, INC., Appellant, v. AL HELLER and Others, Respondents.— Order denying petition for arbitration reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, there are differences and disputes between the parties subjecting them to arbitration in accordance with their agreement. As between Heller and the petitioner, there is a dispute within the meaning of the contract based upon the allegations of the petition that Heller assigned the contract not, as provided by the agreement, to a real, substantial corporation, but to a paper corporation, and that the transfer was made to that corporation to relieve himself of responsibility. Under such circumstances, Heller would be liable on the contract for a breach thereof. As to goods actually delivered, and as to the claim for damages for a breach, he makes neither denial nor admission. The petitioner's claim in this respect, and the position of Heller, raise a dispute or difference. The same may be said of the Dublin Dry Sales Corporation in connection with deliveries actually made and the claim for damages, in light of its failure to admit or deny deliveries or the claim for a breach. (*Matter of Wenger & Co.* v. *Propper S. H. Mills*, 239 N. Y. 199, at p. 202.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MARY APFELBERG, Respondent, v. ANNIE LAX, as Executrix, etc., of HARRY LAX, Deceased, and Others, Appellants.— Orders denying motions to dismiss amended complaint reversed upon the law, with ten dollars costs and disbursements, and motions granted, with ten dollars costs. In our opinion, the parties to the bond and mortgage contracted in view of the New Jersey statute, and intended that it should apply and be followed in enforcing the contract. Plaintiff not having complied with the provision of the statute▌relating to filing of notice of this action, her action is, therefore, barred. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

AVALON CONSTRUCTION CORPORATION, Appellant, v. KIRCH HOLDING Co., INC., Respondent, and B. G. W. REALTY CORPORATION and Others, Defendants.— Judgment affirmed, with costs. No opinion. Rich, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Young, J., dissent upon the ground that an improper measure of damage was applied.